STATE OF NORTH CAROLINA v. ALFONZA DWANTA COLTRANE A/K/A
ALFONZA DAWNTA COLTRANE

No. 348A07

(Filed 11 April 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 184 N.C. App. 140, 645 S.E.2d 793 (2007), finding no error in a judgment entered 1 February 2006 by Judge R. Stuart Albright in Superior Court, Randolph County. Heard in the Supreme Court 19 March 2008.

*Roy Cooper, Attorney General, by Christopher W. Brooks, Assistant Attorney General, for the State.*

*Anne Bleyman for defendant-appellant.*

PER CURIAM.

We affirm the decision of the Court of Appeals as to the appealable issue of right, that is, whether the evidence that defendant's driver's license was suspended or revoked was sufficient to submit the charge to the jury. The remaining issues addressed by the Court of Appeals are not properly before this Court and its decision as to these issues remains undisturbed.

AFFIRMED.